MICHAEL P. VERNA (CA BAR #84070)
STEVEN P. MCFARLANE (CA BAR #240488)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: mverna@bowlesverna.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 | MDL Docket No. 10-02144-CRB |
| | This Document Relates To:<br>Case No. CV-10-5513-CRB |
| ASMAA GUENNOON, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>AIRBUS S.A.S.; et al.,<br><br>Defendants. | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the respective parties hereto that:

1. The claims of Plaintiff ALIA FAROUKH in the above-captioned action are hereby dismissed with prejudice and without interest or costs to any party; and

1      2. There is no just reason for delay of the entry of judgment dismissing the claims of the

2  aforementioned Plaintiff and entry of final judgment dismissing such claims hereby is Ordered.

3  Dated:  September 23, 2011

| BOWLES & VERNA, LLP | PERKINS COIE LLP |
|---|---|
| By:  /s/Michael P. Verna<br>    Michael P. Verna<br>    Steven P. McFarlane<br>    2121 N. California Blvd., Suite 875<br>    Walnut Creek, CA 94596<br>    Telephone: (925) 935-3300<br>    Facsimile:  (925) 935-0371<br><br>*Attorneys for Plaintiffs* | By:  /s/John Dillow<br>    John Dillow<br>    V.L. Woolston<br>    1201 Third Avenue, Suite 4800<br>    Seattle, WA 98191<br>    Telephone: (206) 359-8000<br>    Facsimile:  (206) 359-9000<br>    JDillow@perkinscoie.com<br>    VWoolston@perkinscoie.com<br><br>*Attorneys for Intel Corporation* |
| HOGAN LOVELLS US LLP | KAPLAN, MASSAMILLO & ANDREWS, LLC |
| By:  /s/Thad T. Dameris<br>    Thad T. Dameris<br>    700 Louisiana Street, Suite 4300<br>    Houston, TX 77002<br>    Telephone: (713) 632-1400<br>    Facsimile:  (713) 583-6297<br>    Thad.dameris@hoganlovells.com<br><br>    Norman J. Blears<br>    525 University Avenue, 4th Floor<br>    Palo Alto, CA 94301<br>    Telephone: (650) 463-4000<br>    norman.blears@hoganlovells.com<br><br>*Attorneys for Airbus S.A.S.* | By:  *Eugene Massamillo*<br>    Eugene Massamillo<br>    70 E. 55th Street, 25th Floor<br>    New York, NY 10022<br>    Telephone: (212) 922-0450<br>    Facsimile:  (212) 922-0530<br>    emassamillo@kmalawfirm.com<br><br>    Richard A. Walker<br>    200 W. Madison Street, 16th Floor<br>    Chicago, IL 60606<br>    Telephone: (312) 345-3000<br>    Facsimile: (312) 345-3119<br>    Email: rwalker@kmalawfirm.com<br><br>*Attorneys for Thales Avionics, S.A.* |

| | | |
|---|---|---|
| 1 | CROWELL & MORING LLP | MORRISON & FOERSTER LLP |
| 2 | | By: /s/William V. O'Connor |
| 3 | By: /s/Lisa J. Savitt<br>Lisa J. Savitt | William V. O'Connor<br>12531 High Bluff Drive Suite 100 |
| 4 | 1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | San Diego, CA 92130<br>Telephone: (858) 720-5100 |
| 5 | Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116 | Facsimile: (858) 720-5125<br>woconnor@mofo.com |
| 6 | lsavitt@crowell.com | |
| 7 | Attorneys for E.I. du Pont de Nemours & Co. | Attorneys for Honeywell International Inc. |
| 8 | | |
| 9 | | |
| 10 | SCHNADER HARRISON SEGAL & LEWIS LLP | REED SMITH LLP |
| 11 | | By: /s/Patrick E. Bradley |
| 12 | By: /s/Jonathan M. Stern<br>Jonathan M. Stern | Patrick E. Bradley<br>136 Main Street, Suite 250 |
| 13 | 750 Ninth Street, N.W. Suite 550<br>Washington, DC 20001 | Princeton Forrestal Village<br>Princeton, NJ 08450 |
| 14 | Telephone: (202) 419-4202<br>Facsimile: (202) 419-4252 | Telephone: (609) 987-0050<br>Facsimile: (609) 951-0824 |
| 15 | jstern@schnader.com | pbradley@reedsmith.com |
| 16 | | |
| 17 | Attorneys for Motorola, Inc. | Attorneys for Rockwell Collins, Inc. |
| 18 | | |
| 19 | PAUL HASTINGS JANOFSKY & WALKER LLP | BLANK ROME LLP |
| 20 | | |
| 21 | By: /s/Sheila A. Sundvall<br>Sheila A. Sundvall | By: /s/Raymond G. Mullady, Jr.<br>Raymond G. Mullady, Jr. |
| 22 | 191 North Wacker Drive, 30th Floor<br>Chicago, IL 60606 | Watergate 600 New Hampshire Ave., NW<br>Washington, DC 20037 |
| 23 | Telephone: (312) 499-6000<br>Facsimile: (312) 499-6100 | Telephone: (202) 772-5828<br>Facsimile: (202) 572-8414 |
| 24 | sheilasundvall@paulhastings.com | mullady@blankrome.com |
| 25 | | |
| 26 | Attorneys for GE Aviation Systems, LLC and General Electric Co. | Attorneys for Rosemount Aerospace Inc. |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

MDL Docket No. 10-02144-CRB
Case No. CV-10-5513-CRB

| FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP | FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP |
|---|---|
| By: /s/James W. Hunt<br>    James W. Hunt<br>    Mark R. Irvine<br>    633 West Fifth Street, 60th Floor<br>    Los Angeles, CA 90071<br>    Telephone: (213) 873-2100<br>    Facsimile:  (213) 873-2125<br>    James.hunt@fitzhunt.com<br>    Mark.irvine@fitzhunt.com<br><br>*Attorneys for Tyco Electronics Corporation* | By: /s/Alan H. Collier<br>    Alan H. Collier<br>    Aghavni Kasparian<br>    633 West Fifth Street, 60th Floor<br>    Los Angeles, CA 90071<br>    Telephone: (213) 873-2100<br>    Facsimile:  (213) 873-2125<br>    alan.collier@fitzhunt.com<br>    'aghavni.kasparian@fitzhunt.com'<br><br>*Attorneys for Hamilton Sundstrand Corporation* |

**IT IS SO ORDERED.**

Dated: September __, 2011

_____
Hon. Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

MDL Docket No. 10-02144-CRB
Case No. CV-10-5513-CRB