MICHAEL P. VERNA (CA BAR #84070)
STEVEN P. MCFARLANE (CA BAR #240488)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: mverna@bowlesverna.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 | MDL Docket No. 10-02144-CRB |
| | **This Document Relates To:** **Case No. CV-10-5513-CRB** |
| ASMAA GUENNOON, et al., Plaintiffs, vs. AIRBUS S.A.S.; et al., Defendants. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the respective parties hereto that:

1. The claims of Plaintiff ASMAA BERGHAZI in the above-captioned action are hereby dismissed with prejudice and without interest or costs to any party; and

2. There is no just reason for delay of the entry of judgment dismissing the claims of the aforementioned Plaintiff and entry of final judgment dismissing such claims hereby is Ordered.

Dated: November 29, 2011

| BOWLES & VERNA, LLP | PERKINS COIE LLP |
|---|---|
| By: /s/Michael P. Verna<br>Michael P. Verna<br>Steven P. McFarlane<br>2121 N. California Blvd., Suite 875<br>Walnut Creek, CA 94596<br>Telephone: (925) 935-3300<br>Facsimile: (925) 935-0371<br><br>*Attorneys for Plaintiffs* | By: /s/John Dillow<br>John Dillow<br>V.L. Woolston<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98191<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br>JDillow@perkinscoie.com<br>VWoolston@perkinscoie.com<br><br>*Attorneys for Intel Corporation* |
| HOGAN LOVELLS US LLP | KAPLAN, MASSAMILLO & ANDREWS, LLC |
| By: /s/Thad T. Dameris<br>Thad T. Dameris<br>700 Louisiana Street, Suite 4300<br>Houston, TX 77002<br>Telephone: (713) 632-1400<br>Facsimile: (713) 583-6297<br>Thad.dameris@hoganlovells.com<br><br>Norman J. Blears<br>525 University Avenue, 4th Floor<br>Palo Alto, CA 94301<br>Telephone: (650) 463-4000<br>norman.blears@hoganlovells.com<br><br>*Attorneys for Airbus S.A.S.* | By: Eugene Massamillo<br>Eugene Massamillo<br>70 E. 55th Street, 25th Floor<br>New York, NY 10022<br>Telephone: (212) 922-0450<br>Facsimile: (212) 922-0530<br>emassamillo@kmalawfirm.com<br><br>Richard A. Walker<br>200 W. Madison Street, 16th Floor<br>Chicago, IL 60606<br>Telephone: (312) 345-3000<br>Facsimile: (312) 345-3119<br>Email: rwalker@kmalawfirm.com<br><br>*Attorneys for Thales Avionics, S.A.* |

| | |
|---|---|
| CROWELL & MORING LLP<br><br>By: /s/Lisa J. Savitt<br>Lisa J. Savitt<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br>lsavitt@crowell.com<br><br>*Attorneys for E.I. du Pont de Nemours & Co.* | MORRISON & FOERSTER LLP<br><br>By: /s/William V. O'Connor<br>William V. O'Connor<br>12531 High Bluff Drive Suite 100<br>San Diego, CA 92130<br>Telephone: (858) 720-5100<br>Facsimile: (858) 720-5125<br>woconnor@mofo.com<br><br>*Attorneys for Honeywell International Inc.* |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br><br>By: /s/Jonathan M. Stern<br>Jonathan M. Stern<br>750 Ninth Street, N.W. Suite 550<br>Washington, DC 20001<br>Telephone: (202) 419-4202<br>Facsimile: (202) 419-4252<br>jstern@schnader.com<br><br>*Attorneys for Motorola, Inc.* | REED SMITH LLP<br><br>By: /s/Patrick E. Bradley<br>Patrick E. Bradley<br>136 Main Street, Suite 250<br>Princeton Forrestal Village<br>Princeton, NJ 08450<br>Telephone: (609) 987-0050<br>Facsimile: (609) 951-0824<br>pbradley@reedsmith.com<br><br>*Attorneys for Rockwell Collins, Inc.* |
| PAUL HASTINGS JANOFSKY & WALKER LLP<br><br>By: /s/Sheila A. Sundvall<br>Sheila A. Sundvall<br>191 North Wacker Drive, 30th Floor<br>Chicago, IL 60606<br>Telephone: (312) 499-6000<br>Facsimile: (312) 499-6100<br>sheilasundvall@paulhastings.com<br><br>*Attorneys for GE Aviation Systems, LLC and General Electric Co.* | BLANK ROME LLP<br><br>By: /s/Raymond G. Mullady, Jr.<br>Raymond G. Mullady, Jr.<br>Watergate 600 New Hampshire Ave., NW<br>Washington, DC 20037<br>Telephone: (202) 772-5828<br>Facsimile: (202) 572-8414<br>mullady@blankrome.com<br><br>*Attorneys for Rosemount Aerospace Inc.* |

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

MDL Docket No. 10-02144-CRB
Case No. CV-10-5513-CRB

1

2  | FITZPATRICK & HUNT, TUCKER, | FITZPATRICK & HUNT, TUCKER,
3  | COLLOER, PAGANO, AUBERT, LLP | COLLOER, PAGANO, AUBERT, LLP

4

5  By: */s/James W. Hunt*      By: */s/Alan H. Collier*
    James W. Hunt        Alan H. Collier
6     Mark R. Irvine        Aghavni Kasparian
    633 West Fifth Street, 60th Floor    633 West Fifth Street, 60th Floor
7     Los Angeles, CA 90071      Los Angeles, CA 90071
    Telephone: (213) 873-2100    Telephone: (213) 873-2100
8     Facsimile: (213) 873-2125    Facsimile: (213) 873-2125
    James.hunt@fitzhunt.com    alan.collier@fitzhunt.com
9     Mark.irvine@fitzhunt.com    aghavni.kasparian@fitzhunt.com

10

11 *Attorneys for Tyco Electronics Corporation*    *Attorneys for Hamilton Sundstrand Corporation*

12

13

**IT IS SO ORDERED.**

Dated: ~~November~~ Feb. 13, 2012 ~~, 2011~~

*[signature]*

Hon. Charles R. Breyer